■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUO FU CHEN, Appellant. [691 NYS2d 910] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered November 8, 1996, convicting him of kidnapping in the second degree, attempted robbery in the first degree (three counts), attempted grand larceny in the second degree, criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and unlawful imprisonment in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Clabby, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

We reject the defendant's claim that the trial court unduly restricted his recross examination of the complainant. The line of questioning pursued by the defendant was beyond the scope of the preceding redirect examination of the complainant (*see, People v Bethune,* 105 AD2d 262).

The defendant's remaining contentions are without merit. Bracken, J. P., Goldstein, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JONES, Appellant. [691 NYS2d 909] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 2, 1995 (*People v Jones,* 220 AD2d 456), affirming a judgment of the Supreme Court, Kings County, rendered April 19, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Thompson, Sullivan and Schmidt, JJ., concur.